# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| GERALD E. HATCHER, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 6:20-cv-03365-MDH |
| ACADEMY SPORTS & OUTDOORS, | ) |
|        Defendant. | ) |

## ORDER

Before the Court is the Court's own order sustaining Defendant's motion to make more definite. (Doc. 20). Plaintiff was ordered to file a second amended complaint by July 2, 2021. No such complaint—or any other document—was ever filed. Accordingly, pursuant to Fed. R. Civ. P. 41(b), it is hereby **ORDERED** that the above-captioned action is dismissed, together with all claims and causes of action asserted therein, against defendant with prejudice.

**IT IS SO ORDERED.**

Dated: August 6, 2021                                            /s/ Douglas Harpool
                                                                                                  **DOUGLAS HARPOOL**
                                                                                                  **United States District Judge**