# JUDGMENT IN A CIVIL CASE

## *UNITED STATES DISTRICT COURT*

| | | |
|---|---|---|
| GERALD E. HATCHER, | ) | |
| | ) | |
| vs. | ) | Case No. 20-3365-CV-S-MDH |
| | ) | |
| ACADEMY SPORTS & OUTDOORS, | ) | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED** that the above-captioned action is dismissed, together with all claims and causes of action asserted therein, against defendant with prejudice.

**IT IS SO ORDERED**.

 August 9, 2021                              Paige Wymore-Wynn
Date                                                               Clerk of Court


Entered on: August 6, 2021              s/Linda Howard
                                                         (By) Deputy Clerk